## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Darek J. Kitlinski    v.    United States Department of Justice

Case No. _____

**RECEIVED 2016 JAN 15 PM 2:28 US COURT OF APPEALS FEDERAL CIRCUIT**

### USERRA Notification Form

INSTRUCTIONS: In a petition for review of a Merit Systems Protection Board decision, a petitioner is not required to pay the docketing fee or costs if the case involved a claim under the Uniformed Services Employment and Reemployments Rights Act of 1994 (USERRA). 38 U.S.C. § 4323. Check the statement below indicating that the Board appeal involved a USERRA claim and sign this form only if the underlying appeal at the Board involved a USERRA claim. The signed original should be sent within 14 days of the date of docketing to: Clerk, United States Court of Appeals for the Federal Circuit, 717 Madison Place, NW, Washington, DC 20439. One copy should be sent to counsel for the respondent.

__XXXXXX__    Because the underlying appeal at the Merit Systems Protection Board involved a USERRA claim, the petitioner is not required to pay the docketing fee or costs.

I certify that a copy of this form was sent to __Ms. Sofia Lunia__ the attorney for the respondent, at the following address:

DEA, Office of Chief Counsel, Civil Litigation Section, 8701 Morrissete Drive, Springfield, VA 22152

__1/15/16__                              __[signature]__
Date                                      Signature of pro se or counsel

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Reset Fields