**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2016-1498

## DAREK J. KITLINSKI

v.

## DEPARTMENT OF JUSTICE

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  DAREK J. KITLINSKI

Party is (select one)   [X] Appellant/Petitioner    [ ] Cross-Appellant
                        [ ] Appellee/Respondent     [ ] Intervenor

Tribunal appealed from and Case No.  Merit Systems Protection Board SF-4324-15-088-I-1

Date of Judgment/Order  November 16, 2015  Type of Case  USERRA Discrimination Appeal

Relief sought on appeal
Reversal and Remand for Hearing on the Merits

Relief awarded below (if damages, specify)  NONE

Briefly describe the judgment/order appealed from  Denial of Jurisdiction over Appeal

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☒ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; see Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued   None

Brief statement of the issues to be raised on appeal  Whether the MSPB erred in ruling that possible installation and use of tracking device during pendency of USERRA Appeal is not an act of discrimination, retaliation and reprisal

Have there been discussions with other parties relating to settlement of this case?

☐ Yes   ☒ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom? _____

**FORM 26.  Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   [x] Yes   [ ] No

If you answered no, explain why not _____

_____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this __25th__ day of __April__, __2016__

by: _____Electronic mail_____
                              (manner of service)

__Kevin Byrnes__                          /s/ *Kevin C. Byrnes*
Name of Counsel                            Signature of Counsel


Law Firm  The Law Offices of Kevin Byrnes

Address  1050 30th Street, Suite 106

City, State, ZIP  Washington, DC

Telephone Number  202-599-9991

FAX Number  202-688-1834

E-mail Address  efiling@kbyrneslaw.com